1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BERLAN LYNELL DICEY,                      No.  2:14-cv-2018 AC P

12                 Plaintiff,

13          v.                                 ORDER

14   W. HANKS, et al.,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

20   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

21   certified copy of his prison trust account statement for the six month period immediately

22   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

23   opportunity to submit a completed in forma pauperis application and a certified copy in support of

24   his application.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

27   affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

28   of Court;

1

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: September 4, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2