UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

Plaintiff,

v.

W. HANKS, et al.,

Defendants.

No.  2:14-cv-2018 JAM AC P

ORDER

On February 10, 2015, defendant Statti filed a motion to dismiss.  ECF No. 15.  Plaintiff was granted an additional forty-five days to oppose the motion.  ECF No. 22.  Forty-five days have passed and plaintiff has not filed an opposition to defendant Statti's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to defendant Statti's motion to dismiss or a statement of non-opposition.  Failure to comply with this order will result in a recommendation that the claims against defendant Statti be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 27, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE