UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLAN LYNELL DICEY,<br><br>  Plaintiff,<br><br>  v.<br><br>W. HANKS, et al.,<br><br>  Defendants. | No.  2:14-cv-2018 JAM AC P<br><br><br>ORDER |

On August 17, 2015, defendants filed a motion for summary judgment.  ECF No. 30. Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition.  Failure to comply with this order will result in the recommendation that this case be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: September 23, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE